# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**Michael Daniel Cuero**

                **V.**                  **JUDGMENT IN A CIVIL CASE**

**Derral G Adams**,*Warden;*

**James E. Tilton**,*Secretary;*

**Matthew Cate** ,*Secretary*           **CASE NUMBER:**    08cv2008-BTM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court adopts the findings and conclusions of the Magistrate Judge and Denies the Petition for a Writ of Habeas Corpus for the reasons set forth in the Report & Recommendations. The Court issues a Certificate of Appealability as to all claims raised in the petition.

| April 26, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E. Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 26, 2012 |