AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**Michael Daniel Cuero**

### V.

**Derral G Adams**,*Warden;*

**James E. Tilton**,*Secretary;*

**Matthew Cate** ,*Secretary*

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    08cv2008-BTM(WMC)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court adopts the findings and conclusions of the Magistrate Judge and Denies the Petition for a Writ of Habeas Corpus for the reasons set forth in the Report & Recommendations.  The Court issues a Certificate of Appealability as to all claims raised in the petition.

| | |
|---|---|
| April 26, 2012 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

s/ E. Silvas

(By) Deputy Clerk

ENTERED ON April 26, 2012